**Dennis G. MCNAB, aka D. Gordon McNab, Plaintiff–Appellant,**

v.

**William J. HENDERSON, Postmaster General, U.S. Postal Service Agency; Norman Vincent; Kelley Huotari, aka Kelley Ireland; William Gannon; Ray Foster; B.J. Clay; Joe Huotari; Curtis McBride; Michael Dornbush; Kenneth Hunter; H.J. Bauman; Mary Elcano; Michael Coughlin; Craig Wade, Defendants–Appellees.**

No. 00–15172.

D.C. No. CV–99–00055–ECR.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 26, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

## MEMORANDUM [2]

Dennis G. McNab appeals pro se the district court's judgment dismissing his action for failing to comply with the court's order to file an amended complaint. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion a district court's Fed.R.Civ.P. 41(b) dismissal, *see McHenry v. Renne,* 84 F.3d 1172, 1177 (9th Cir.1996), and we affirm.

The record demonstrates that the district court on two occasions explained the deficiencies of McNab's pleadings, afforded him two opportunities to amend his complaint, and explicitly warned him that failure to follow its final order would likely result in the dismissal of his action. *See id.* at 1177–78. Despite these warnings, McNab failed to file a second amended complaint.

Expeditious resolution and the district court's need to manage its docket clearly favor dismissal. *See Ferdik v. Bonzelet,* 963 F.2d 1258, 1261–62 (9th Cir.1992). In addition, defendants were prejudiced by having to continue to expend fees. *See id.* Accordingly, we conclude that the district court did not abuse its discretion by dismissing McNab's action. *See McHenry,* 84 F.3d at 1177–78; *Ferdik,* 963 F.2d at 1261–63; *see also* Fed.R.Civ.P. 41(b).

---

1. Because we unanimously find this case suitable for decision without oral argument, we deny McNab's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

We deny all pending motions and requests.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.